IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONIK J. JOHNSON, : | Civ. No. 1:23-CV-00017 |
| Plaintiff, : | |
| v. : | (Magistrate Judge Bloom) |
| YORK ACADEMY REGIONAL CHARTER SCHOOL, : | |
| Defendant. : | |

# ORDER

AND NOW, this 3rd day of October 2023, for the reasons outlined in the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT the defendants' motion to dismiss (Doc. 22) is DENIED.

<u>S/ Daryl F. Bloom</u>
Daryl F. Bloom
United States Magistrate Judge